# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| **Case Number:** | 15-06479 MGW | **Trustee:** | (290770) | DOUGLAS N. MENCHISE |
| --- | --- | --- | --- | --- |
| **Case Name:** | WESTBROOK, CHERYL ANNE | **Filed (f) or Converted (c):** | 06/23/15 (f) | |
| | | **§341(a) Meeting Date:** | 07/29/15 | |
| **Period Ending:** | 03/31/17 | **Claims Bar Date:** | 11/02/15 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 3338 Fox Ridge Dr, SE, Winter haven, FL 33884<br>Orig. Description: 3338 Fox Ridge Dr, SE, Winter haven, FL 33884; Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | 132 High Street, Winter Haven, Fl, Jointly owned<br>Orig. Description: 132 High Street, Winter Haven, Fl, Jointly owned by Debtor and sister Krista W Spann, subject to Life Estate in Lillie Ellen Albritton., Moved onto property to convert to homestead on 6/1/15 to assist in caring for mother.; Imported from original petition Doc# 1 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Description: Bank of America xxxxxxxx0881 $132, xxxxxxxx5791 $11; Imported from original petition Doc# 1 | 143.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings, including audio<br>Orig. Description: Cooking utensils $5, Flatware $5, cookware $10, living room furniture $100, table $15, TV $50, vcr $20, Bedroom furniture $100 computer $10, desk $20 Appliances in home and most furnishings belong to mother; Imported from original petition Doc# 1 | 335.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio<br>Orig. Description: lawnmower; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Books, pictures and other art objects, antiques, | 10.00 | 10.00 | | 9.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 15-06479 MGW | **Trustee:** | (290770) | DOUGLAS N. MENCHISE |
| --- | --- | --- | --- | --- |
| **Case Name:** | WESTBROOK, CHERYL ANNE | **Filed (f) or Converted (c):** | 06/23/15 (f) | |
| | | **§341(a) Meeting Date:** | 07/29/15 | |
| **Period Ending:** | 03/31/17 | **Claims Bar Date:** | 11/02/15 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
|  | Orig. Description: Framed Family Pictures, market value is for used frames; Imported from original petition Doc# 1 | | | | | |
| 7 | Wearing apparel.<br>Orig. Description: clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and jewelry.<br>Orig. Description: costume jewelry; Imported from original petition Doc# 1 | 50.00 | 50.00 | | 45.00 | FA |
| 9 | Stock and interests in incorporated and unincorp<br>Orig. Description: 115.56 shares of stock in Chevron valued at $102.72/share Jointly owned with mother Lillie Ellen Albritten Debtor will buy back her interest from Trustee, income from stock goes to her mother.; Imported from original petition Doc# 1 | 5,932.00 | 5,932.00 | | 5,338.80 | FA |
| 10 | Automobiles, trucks, trailers and other vehicles<br>Orig. Description: 2000 Ford Mustang Coupe 2 dr 97,100 miles VIN 1FAFP4046YF159457 Clean NADA retail $4400 Clean NADA tradein $2800 Needs Rear Brakes, AC unit is failing, needs $1500 in repairs; Imported from original petition Doc# 1  (See Footnote) | 2,100.00 | 2,100.00 | | 655.20 | FA |
| 10 | **Assets**   **Totals**   (Excluding unknown values) | **$118,720.00** | **$8,092.00** | | **$6,048.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 15-06479 MGW | **Trustee:** | (290770) | DOUGLAS N. MENCHISE |
| **Case Name:** | WESTBROOK, CHERYL ANNE | **Filed (f) or Converted (c):** | 06/23/15 (f) | |
| | | **§341(a) Meeting Date:** | 07/29/15 | |
| **Period Ending:** | 03/31/17 | **Claims Bar Date:** | 11/02/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

RE PROP# 10    Trustee value is $2100 less $1372 exemption

**Major Activities Affecting Case Closing:**

03/20/17 - Sent email on proofs of claim; PC Citifinancial re: status of estate; 7/30/2015 - Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order;  8/3/2015 - filed proof of servie - doc. no. 9;8/18/2015 - filed Report and Notice of Intention to Sell;  9/14/2015 - filed report of sale;

**Initial Projected Date Of Final Report (TFR):**  July 30, 2016           **Current Projected Date Of Final Report (TFR):**  May 31, 2017

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-06479 MGW | | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| Case Name: | WESTBROOK, CHERYL ANNE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | 5013503866 - Checking Account |
| Taxpayer ID #: | 30-6489419 | | Blanket Bond: | $40,278,000.00  (per case limit) |
| Period Ending: | 03/31/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/15 | | LILLIE ELLEN ALBRITTON | Acct #0001; Payment #1; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | | 6,048.00 | | 6,048.00 |
| | {6} | | Acct #0001; Payment #1; 9.00 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 6,048.00 |
| | {8} | | Acct #0001; Payment #1; 45.00 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 6,048.00 |
| | {9} | | Acct #0001; Payment #1; 5,338.80 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 6,048.00 |
| | {10} | | Acct #0001; Payment #1; 655.20 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 6,048.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,038.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,028.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,018.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,008.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,998.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,988.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,978.00 |

**Subtotals :**   **$6,048.00**   **$70.00**

{} Asset reference(s)

Printed: 04/28/2017 09:34 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-06479 MGW | | Trustee: | DOUGLAS N. MENCHISE (290770) |
|---|---|---|---|---|
| Case Name: | WESTBROOK, CHERYL ANNE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | 5013503866 - Checking Account |
| Taxpayer ID #: | 30-6489419 | | Blanket Bond: | $40,278,000.00 (per case limit) |
| Period Ending: | 03/31/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,968.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,958.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,948.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,938.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,928.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,918.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,908.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,898.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,888.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,878.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,868.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,858.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,848.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,048.00 | 200.00 | $5,848.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,048.00 | 200.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,048.00** | **$200.00** | |

{} Asset reference(s)

Printed: 04/28/2017 09:34 AM    V.13.30

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-06479 MGW | **Trustee:** DOUGLAS N. MENCHISE (290770) |
| **Case Name:** WESTBROOK, CHERYL ANNE | **Bank Name:** Rabobank, N.A. |
| | **Account:** 5013503866 - Checking Account |
| **Taxpayer ID #:** 30-6489419 | **Blanket Bond:** $40,278,000.00   (per case limit) |
| **Period Ending:** 03/31/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # 5013503866** | 6,048.00 | 200.00 | 5,848.00 |
| | | $6,048.00 | $200.00 | $5,848.00 |